UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 17, 2019 | **Time:** 10:05 - 10:22 = 17 minutes | **Judge:** MAXINE M. CHESNEY |
|---|---|---|
| **Case No.**: 19-cv-00534-MMC | **Case Name:** Wai Y. Wong v. Rash, Curtis & Associates | |

**Attorney for Plaintiff:** Taxisarchis Hatzidimitridis
**Attorney for Defendant:** Anthony Valenti

**Deputy Clerk:** Tracy Geiger                **Not Reported or Recorded**

### PROCEEDINGS

**Initial Case Management Conference (held telephonically.**

REFERRALS:

(X)  Case referred to ADR for Mediation to be completed by August 22, 2019.

**PRETRIAL SCHEDULE:**

**Deadline to Amend: May 27, 2019**

**Discovery Cutoff:  November 5, 2019**

**Expert Disclosure: July 29, 2019**

**Expert Discovery cutoff: November 5, 2019**

**Dispositive Motions to be filed by:  January 31, 2020**

**Joint Status Conference statement due: February 14, 2020**

**Further Status Conference: February 21, 2020 at 10:30 a.m. – to be held telephonically**

**Final Pretrial Conference: April 21, 2020 at 10:00 a.m.**

**Trial: May 4, 2020 a**t **9:00 a.m., for 2 to 3 days, by (X) Jury ( ) Court**

**Order to be prepared by:**
( )     Plaintiff                ( )     Defendant               (X)     Court

**Notes:**