IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAI Y. WONG,<br><br>    Plaintiff,<br><br>    v.<br><br>RASH, CURTIS & ASSOCIATES,<br><br>    Defendant. | Case No. 19-cv-00534-MMC<br><br>**ORDER OF DISMISSAL** |

    Plaintiff having advised the Court that the parties have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

    **IT IS SO ORDERED.**

Dated: August 29, 2019

                                          MAXINE M. CHESNEY
                                          United States District Judge

---

[1] Nothing herein is intended to preclude the parties from subsequently filing a stipulated dismissal with prejudice. (See Pl.'s Notice at 1:23-24.)